The People of the State of Illinois on the Relation of John R. Massey, Plaintiff-Appellant, v. The City of Chicago, a Municipal Corporation, and Orlando W. Wilson, Superintendent of Police of the City of Chicago, Defendants-Appellees.

Gen. No. 48,614.

First District, Second Division.
May 9, 1962.

Mack P. Manning, of Chicago, for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Rita Epstein, Assistant Corporation Counsel, of counsel), for appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.